# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 6D2023-1675
Lower Tribunal No. 2017-CF-002655-B-O

—————————————————

JAKEAL TOLEFREE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

Appeal pursuant to Fla. R. App. P. 9.131(b)(2) from the Circuit Court for Orange County.
Renee A. Roche, Judge.

July 2, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE, J., and LAMBERT, B.D., Associate Judge, concur.

Jakeal Tolefree, Wewahitchka, pro se.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED